IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-241 (JEB) |
| | : | |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | |
| **JOSEPH JULIUS LAPOINT,** | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | |
| **Defendant.** | : | |
| | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joseph Julius Lapoint, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      On January 6, 2021, LAPOINT and his then girlfriend Nicole Marie Joyner ("Joyner") traveled to the U.S. Capitol Building in Washington, D.C.

9.      LAPOINT and Joyner were among the first to enter U.S. Capitol Grounds, via the Peace Circle, where rioters first pushed through the barriers that lined the restricted perimeter around the grounds. LAPOINT observed bike rack barricades and snow fencing bearing signs with the words "area closed" blocking his path, and uniformed police officers behind those barricades trying to hold the line. However, LAPOINT advanced towards the Lower West Terrace of the U.S. Capitol building as rioters dismantled and overran the barricades.

10.     At the Lower West Terrace of the U.S. Capitol, LAPOINT observed a large crowd battle with the police. He observed the police using flashbang grenades to try and deter the crowd from advancing. However, members of the crowd pushed past police, including a line of police

officers blocking a set of stairs leading to the Upper West Terrace of the Capitol Building. The stairs were covered by scaffolding and tarp, part of the staging for the upcoming presidential inauguration. Other rioters, including LAPOINT and Joyner, followed that initial group up onto the stairs.

11. However, another police line prevented the crowd from advancing further up the stairs. LAPOINT watched others remove bike rack barricades from the police line at the top of the stairs and pass them back through the crowd. LAPOINT also observed rioters tear through the tarp which covered the scaffolding. At about 2:10 p.m., the crowd surged past the police line at the top of the stairs and advanced to the Upper West Terrace of the Capitol Building. LAPOINT and Joyner also advanced up the stairs and approached the Capitol Building.

12. At approximately 3:08 p.m., LAPOINT and Joyner entered the U.S. Capitol Building via the Senate Wing Door. LAPOINT entered the Crypt, where he filmed the progression of the riot on his phone.

13. While inside the building, LAPOINT entered S145, an office within the Senate side of the building, where he climbed onto a windowsill, cheered, and posed for photographs. LAPOINT later posted photographs of this to his Facebook account. Uniformed police officers could be seen outside through the window.

14. LAPOINT and Joyner remained inside the building for over 20 minutes, exiting at approximately 3:29 p.m.

15. On January 6, 2022, LAPOINT posted to social media platform Tiktok a video of himself and Joyner at the U.S. Capitol on January 6, 2021 that contained the words, "HAD A BLAST one year ago" with the caption, "me and babe stormed the Capitol with the rest of America."

*Elements of the Offense*

16. The parties agree that 40 U.S.C. § 5104(e)(2)(D) requires the following elements:

    a. The defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds;

    b. The defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress; and

    c. The defendant acted willfully and knowingly.

17. The parties agree that 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

    a. The defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings; and

    b. The defendant acted willfully and knowingly.

*Defendant's Acknowledgments*

18. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, LAPOINT admits that he willfully and knowingly engaged in disorderly or disruptive conduct by entering the Capitol Building with a large mob despite witnessing clear indications that he was not permitted to be there, and that he did so with the intent to disturb the session of Congress taking place that day. He further admits that, in engaging in this conduct, he paraded, demonstrated, or picketed.

      Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    */s/ Alexander Diamond*
          ALEXANDER M. DIAMOND
          NY Bar No. 5684634
          Assistant United States Attorney
          District of Columbia
          601 D St. NW
          Washington, DC 20530
          (202) 506-0427
          Alexander.Diamond@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Joseph Julius Lapoint, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7-16-24

Joseph Julius Lapoint
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7-16-24

Heather Shaner
Attorney for Defendant